UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:11-CR-305-T-17EAJ

SRINIVAS SAMAK.

_____/

ORDER

This cause is before the Court on:

Dkt. 68  Motion for Early Termination of Probation
Dkt. 69  Motion for Return of Passport

Defendant Srinivas Samak moves for early termination of probation.

Defendant Samak was sentenced on August 14, 2012 to a term of incarceration of fifteen months, a term of supervised release of twenty-four months, and restitution of $114,488.90. (Dkt. 53). Defendant Samak has served the term of incarceration, and has completed one year of supervised release. A Satisfaction of Judgment has been entered as to the monetary penalty imposed. (Dkt. 57).

The Government does not object to the early termination of supervision. The Probation Officer who supervised Defendant Samak does not object to early termination of supervision.

If a defendant has completed one year of supervised release, 18 U.S.C. Sec. 3583(e) permits the Court to terminate supervised release prior to completion of the entire term, if the Court is satisfied that such action is: 1) warranted by the conduct of the defendant; and 2) is in the interest of justice. In making this determination, the

Case No. 8:11-CR-305-T-17EAJ

Court considers the factors set forth in 18 U.S.C. Sec. 3553(a), to the extent they are applicable.

The Court has considered these factors, has reviewed the docket and the pleadings, and considered the opinion of the supervising Probation Officer. After consideration, the Court finds that further supervision is no longer appropriate, and grants the Unopposed Motion for Early Termination of Supervised Release. The Court also grants the Motion for Return of Passport. Accordingly, it is

**ORDERED** that the Unopposed Motion for Early Termination of Supervised Release (Dkt. 68) is **granted**, and the Unopposed Motion for Return of Passport (Dkt. 69) is **granted**.

DONE and ORDERED in Chambers, in Tampa, Florida on this 19th day of November, 2014.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
U.S. Probation Office